■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PRICE, Appellant. — Judgment of resentence, Supreme Court, New York County, rendered on February 27, 1980, unanimously affirmed. By reason of resentence the judgment rendered on June 7, 1979 was vacated and it is from the judgment of resentence only that an appeal lies. No opinion. Concur — Birns, J. P., Carro, Silverman, Bloom and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUANCITO RIERA, Appellant. — Judgment of resentence, Supreme Court, New York County, rendered on October 4, 1979, unanimously affirmed. By reason of resentence the judgment rendered on May 8, 1978, was vacated and it is from the judgment of resentence only that an appeal lies. No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Markewich, JJ.